The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-003RSM |
| Plaintiff, | **ORDER** |
| v. | |
| BRENDA S. CAMPBELL, | |
| Defendant. | |

THE COURT has considered the joint motion to proceed with guilty plea by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion and that a video or telephonic guilty plea hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (extended by General Order 06-21), for the reasons set forth in the parties' joint motion. Accordingly,

THE COURT ORDERS that the parties may proceed with a plea hearing by telephone and/or video conference, consistent with current procedures established by this

//

ORDER - 1
*U.S. v. Brenda S. Campbell*, CR21-003RSM

Court, and directs the parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

Dated this 2nd day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Brian Werner*
BRIAN WERNER
Assistant United States Attorney

*s/ Lance Hester*
LANCE HESTER
Attorney for Defendant Brenda Campbell

ORDER - 2
*U.S. v. Brenda S. Campbell*, CR21-003RSM