Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO:  CR21-003RSM |
| ) | |
| vs. ) | ORDER ON MOTION TO SEAL |
| ) | |
| BRENDA CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

Before this Court is the defendant's unopposed motion for order sealing Defendant's Sentencing Memorandum, Docket #35, filed October 22, 2021.  The Court being fully advised,

NOW THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that the Sentencing Memorandum, Docket #35, filed October 22, 2021 is hereby filed under seal.

DATED this 2nd day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By:  */s/ Lance M. Hester*
   LANCE M. HESTER,  WSB #27813

ORDER TO SEAL -  PAGE 1