Judge Ricardo Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **BRENDA CAMPBELL**, <br><br> Defendant. | NO. CR21-003RSM <br><br> **ORDER ON DEFENDANT'S MOTION TO EXTEND REPORT DATE** |

Before this Court is the defendant's Unopposed Motion to Extend Report Date to January 13, 2022; the Government being represented by and through its attorney AUSA Brian Werner, the defendant being represented by and through her attorney, Lance M. Hester of the Hester Law Group, Inc., P.S., and the Court, having considered the files and records here and the Declaration of Lance M. Hester, and, fully being advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that defendant's motion to extend the report to prison date is hereby granted. It is further

ORDERED, ADJUDGED AND DECREED that Brenda Campbell's original report to prison date of December, 30, 2021 is hereby stricken. It is further

**ORDER ON MOTION TO EXTEND REPORT DATE - 1**

**HESTER LAW GROUP, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157
www.hesterlawgroup.com

1   ORDERED, ADJUDGED AND DECREED that Brenda Campbell's report to prison
2   date be and the same is hereby extended to January 13, 2022.

3   DATED this 3rd day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
HESTER LAW GROUP, INC., P.S.

   *s/Lance M. Hester*
**Lance M. Hester,** WSBA#27813
Attorney for Defendant
*lance@hesterlawgroup.com*

**ORDER ON MOTION TO EXTEND REPORT DATE - 2**

**HESTER LAW GROUP, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157
www.hesterlawgroup.com